**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
Christopher.Cardani@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon 97204-2902
Telephone: 503-727-1000
Attorneys for the United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**THIRTEEN (13) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN THE STATE AND DISTRICT OF OREGON, STATE AND DISTRICT OF WASHINGTON, AND STATE AND DISTRICT OF CALIFORNIA, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS;**

**$558,558.25 UNITED STATES CURRENCY, IN LIEU OF REAL PROPERTY LOCATED AT 6222 NE 133RD WAY, VANCOUVER, WASHINGTON; and**

**ALL FUNDS CONTAINED WITHIN FIFTEEN (15) LPL FINANCIAL ACCOUNTS AND FOUR (4) ONPOINT COMMUNITY CREDIT UNION ACCOUNTS (DEFENDANT ACCOUNTS),** ***in rem*****,**

**Defendants.**

**Case No. 3:24-cv-00486-MO**

**MOTION FOR ENTRY OF A DEFAULT JUDGMENT OF FORFEITURE AS TO CERTAIN ACCOUNTS**

The United States of America, pursuant to Rule 55, Fed. R. Civ. P., and Rule G(5), Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the records in this action, moves this Court for entry of a Default Judgment of Forfeiture against two of the three remaining Defendants, *in rem,* in this case:

**LPL Financial accounts:**

1. 5721-7733 PTC Cust ROTH IRA FBO Yekaterina Lebedenko
2. 6216-6310 PTC Cust ROTH IRA FBO Marcus Lee Dickinson

and all persons, trusts, businesses or other entities, claiming any right, title, or interest in or to these Defendants for failure to plead, claim, answer, or otherwise defend this action after proper notice in this civil *in rem* forfeiture action was given by the United States of America.

This motion is supported by the Declaration of Assistant United States Attorney Christopher L. Cardani, filed herewith pursuant to Rule 55, Fed. R. Civ. P., and L.R. 1030.

Dated: February 23, 2026. Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Christopher Cardani*
CHRISTOPHER L. CARDANI
Assistant United States Attorney