**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**CHRISTOPHER L. CARDANI**
Assistant United States Attorney
Christopher.Cardani@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, Oregon   97204-2902
Telephone:    503-727-1000
Attorneys for the United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>           Plaintiff,<br><br>           v.<br><br>**THIRTEEN (13) REAL PROPERTIES (DEFENDANT REAL PROPERTIES), LOCATED IN THE STATE AND DISTRICT OF OREGON, STATE AND DISTRICT OF WASHINGTON, AND STATE AND DISTRICT OF CALIFORNIA, WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS;**<br><br>**$558,558.25 UNITED STATES CURRENCY, IN LIEU OF REAL PROPERTY LOCATED AT 6222 NE 133RD WAY, VANCOUVER, WASHINGTON; and**<br><br>**ALL FUNDS CONTAINED WITHIN FIFTEEN (15) LPL FINANCIAL ACCOUNTS AND FOUR (4) ONPOINT COMMUNITY CREDIT UNION ACCOUNTS (DEFENDANT ACCOUNTS),** *in rem*,<br><br>           **Defendants.** | Case No. 3:24-cv-00486-MO<br><br>**DECLARATION OF ASSISTANT UNITED STATES ATTORNEY CHRISTOPHER CARDANI IN SUPPORT OF MOTION FOR ENTRY OF A DEFAULT JUDGMENT OF FORFEITURE AS TO CERTAIN ACCOUNTS** |

**Declaration of AUSA Christopher Cardani in Support of Motion**                                                        **Page  1**

I, Christopher Cardani, am an Assistant United States Attorney for the District of Oregon assigned to the above-entitled forfeiture action. I have reviewed the records in this action, and from that review declare the following.

1. To the best of my knowledge and belief, all persons and entities who were noticed regarding the pursuit of forfeiture in this case, including: Sergey Lebedenko, Galina Lebedenko, Astra Car Service LLC, The Lebedenko Family Trust, N650SM LLC, Yekaterina Dickenson, Marcus Dickenson, Aliona Canche, Isaiah Canche, Vasiliy Yarosh, Olga Yarosh, Yury Strachuk, Robert Rebikh, Nikolay Kibysh, Aleksandr Deyeva and Maya Deyeva, Valeriy Osver, Heavenly Air LLC, Valley View Aviation LLC, Sky Service, LLC, Michael Weinhouse, Michael Walker, the Mortgage Electronic Recording System (MERS), occupants residing at the defendant real properties, are not infants or incapacitated persons and are not in the military service of the United States, within the meaning of the Soldier's and Sailor's Civil Relief Act, as amended.

2. On March 19, 2024, the United States filed a verified Complaint *in rem* seeking forfeiture of the following Defendants, *in rem*:

Thirteen (13) pieces of real property (more fully described in Attachment A to the Declaration in Support of the Complaint, ECF No. 1-1):

**Defendant Property 1:** 56713 Dancing Rock Loop, Bend, Oregon 97707

**Defendant Property 2:** 1425 SE 148th Avenue, Portland, Oregon 97233

**Defendant Property 3:** 4686 W Powell Blvd., Unit 241, Gresham, Oregon 97030

**Defendant Property 4:** 56866 Enterprise Drive, Unit 10, Sunriver, Oregon 97707

**Defendant Property 5:** 5415 NE 134th Street, Vancouver, Washington 98686

**Defendant Property 6:** 812 Hawk Drive, Silverton, Oregon 97381

**Defendant Property 7:** 13109 NE 60th Avenue, Vancouver, Washington 98686

**Defendant Property 8:** 15398 SE Clark Street, Happy Valley, Oregon 97086

**Defendant Property 9:** 79360 Four Paths Lane, Indio, California 92203

**Defendant Property 10:** 6708 NE 223rd Circle, Battle Ground, Washington 98604

**Defendant Property 11:** 172 SE 117th Avenue, Portland, Oregon 97216

**Defendant Property 12:** 15337 SE Lewis Street, Happy Valley, Oregon 97086

**Defendant Property 13:** 32875 SE Brooks Road, Boring, Oregon 97009;

**$558,588.25 U.S. currency**, in lieu of real property located at 6222 NE 133rd Way, Vancouver, Washington; and

All funds contained within fifteen (15) LPL Financial brokerage accounts and four (4) OnPoint Community Credit Union Accounts (more fully described in Attachment B to the Declaration in Support of the Complaint, ECF No. 1-1):

**LPL Financial Accounts:**
  7026-0343 – in the name of Lebedenko Family Trust;
  1067-0573 – in the name of PTC Cust 5305 SEP IRA FBO Sergey V Lebedenko;
  2939-0592 – in the name of Yekaterina Dickinson;
  3494-1593 – in the name of PTC Cust 5305 SEP IRA FBO Aliona Lebedenko;
  3253-2037 – in the name of N650SM LLC;
  5472-2209 – in the name of PTC Cust 5305 SEP IRA FBO Aliona Canche;
  3126-2569 – in the name of Aliona Canche TOD Account;
  5271-3034 – in the name of Sergey & Galina Lebedenko JTTEN TOD;
  1165-4512 – in the name of PTC Cust 5305 SEP IRA FBO Galina Lebedenko;
  7124-4613 – in the name of PTC Cust ROTH IRA FBO Aliona Canche;
  6216-6310 – in the name of PTC Cust ROTH IRA FBO Marcus Lee Dickinson;
  7480-6527 – in the name of Sergey & Galina Lebedenko JTTEN TOD;
  2959-6702 – in the name of Yekaterina Dickinson TOD Account;
  1674-7683 – in the name of PTC Cust 5305 SEP IRA FBO Yekaterina Lebedenko;
  5721-7733 – in the name of PTC Cust ROTH IRA FBO Yekaterina Lebedenko.

**OnPoint CCU Accounts:**
  1012808-1     Sergey and Galina Lebedenko Personal Savings
  1012808-8     Sergey and Galina Lebedenko Personal Checking
  1291730-22    Astra Car Service c/o Sergey Lebedenko Business Checking
  1291730-1     Astra Car Service c/o Sergey Lebedenko Business Savings

3. On June 28, 2024, a Default Judgment of Forfeiture was entered as to certain *unclaimed* currency, accounts and real properties (amended on July 12, 2024), specifically:

**LPL Financial Accounts:**
7026-0343 – in the name of Lebedenko Family Trust;
1067-0573 – in the name of PTC Cust 5305 SEP IRA FBO Sergey V Lebedenko;
2939-0592 – in the name of Yekaterina Dickinson;
3494-1593 – in the name of PTC Cust 5305 SEP IRA FBO Aliona Lebedenko;
3253-2037 – in the name of N650SM LLC;
5472-2209 – in the name of PTC Cust 5305 SEP IRA FBO Aliona Canche;
3126-2569 – in the name of Aliona Canche TOD Account;
5271-3034 – in the name of Sergey & Galina Lebedenko JTTEN TOD;
1165-4512 – in the name of PTC Cust 5305 SEP IRA FBO Galina Lebedenko;
7124-4613 – in the name of PTC Cust ROTH IRA FBO Aliona Canche;
7480-6527 – in the name of Sergey & Galina Lebedenko JTTEN TOD;
2959-6702 – in the name of Yekaterina Dickinson TOD Account;
1674-7683 – in the name of PTC Cust 5305 SEP IRA FBO Yekaterina Lebedenko;

**OnPoint CCU Accounts:**
1012808-1       Sergey and Galina Lebedenko Personal Savings
1012808-8       Sergey and Galina Lebedenko Personal Checking
1291730-22     Astra Car Service c/o Sergey Lebedenko Business Checking
1291730-1       Astra Car Service c/o Sergey Lebedenko Business Savings

**$558,558.25 U.S. currency**, in lieu of real property located at 6222 NE 133rd Way, Vancouver, Washington; and

**Defendant Real Properties:** 1, 3. 4, 5, 6, 7, 8, 9, 11, 12, 13

4. On May 17, 2024, a claim to LPL Financial account 6216-6310 in the name of PTC Cust ROTH IRA FBO Marcus Lee Dickinson, was filed by Marcus Dickinson.

5. On May 21, 2025, a claim was filed by Valeriy Osver as to the real property located at 1425 SE 148th Avenue, Portland, Oregon.

6. On May 31, 2024, a claim to LPL Financial Account 5721-7733 – in the name of PTC Cust ROTH IRA FBO Yekaterina Lebedenko, was filed by Yekaterina Dickinson.

7. On March 19, 2025, a settlement agreement was entered with claimants Vasiliy and Olga Yarosh, in which the United States agreed to release "Defendant Real Property 10," located at 6708 NE 223rd Circle, Battle Ground, Washington, from this civil proceeding.

8. On November 3, 2025, this Court entered an Order of Default as to the three remaining Defendants *in rem*, at issue in this case, except the claims of Yekaterina Dickinson, Marcus Dickinson and Valeriy Osver:

- LPL Financial account 6216-6310 - in the name of PTC Cust ROTH IRAFBO Marcus Lee Dickinson;

- LPL Financial account 5721-7733 - in the name of PTC Cust ROTH IRA FBO Yekaterina Lebedenko; and

- Defendant Real Property 2: commonly referred to as 1425 SE 148th Avenue, Portland, Oregon 97233, and more particularly described as:

    APN: 1S2E01BD 07500

    The following described real property, situated in the County of Multnomah, State of Oregon:

    The East 175 feet of the South 64 feet of Lot 3, Block 23, CORRECTED PLAT OF NEWHURST PARK, in the City of Portland, County of Multnomah and State of Oregon.

    EXCEPTING that portion conveyed to Multnomah County for road purposes by order recorded November 13, 1971 in Book 825, Page 180, Deed Records of Multnomah County, Oregon.

    Tax ID: R225494

The remainder of this Declaration specifically addresses the two remaining LPL Financial accounts, *in rem*.

9. On November 19, 2025, a settlement agreement was filed with claimant Yekaterina Dickinson, in which claimant agreed to withdraw her claim previously filed in this case as to Defendant LPL Financial account 5721-7733 - in the name of PTC Cust ROTH IRA FBO Yekaterina Lebedenko and agreed to the entry of a Judgment of Forfeiture against the account.

10. On November 20, 2025, a settlement agreement was filed with claimant Marcus Dickinson, in which claimant agreed to withdraw his claim previously filed in this case as to Defendant LPL Financial account 6216-6310 - in the name of PTC Cust ROTH IRA FBO Marcus Lee Dickinson and agreed to the entry of a Judgment of Forfeiture against the account.

11. I know of no other persons or entities who may have an interest in the two remaining LPL Financial accounts, *in rem*:

- LPL Financial account 6216-6310 - in the name of PTC Cust ROTH IRAFBO Marcus Lee Dickinson; and
- LPL Financial account 5721-7733 - in the name of PTC Cust ROTH IRA FBO Yekaterina Lebedenko.

12. As previously indicated in the Declaration of Publication (ECF No. 17), notice of this forfeiture proceeding was posted on an official government internet site www.forfeiture.gov for at least thirty consecutive days.

///

///

///

13.     No claims or answers have been filed against the two remaining LPL Financial accounts, *in rem*, at issue in this Motion and Declaration. Under Rule G, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the time for filing a claim and answer has passed.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: February 23, 2026.

*/s/ Christopher Cardani*
**CHRISTOPHER CARDANI**
Assistant United States Attorney